# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 12-19297-MDC

JOSEPH J. WARRICK, JR.

254 W. COLONIAL STREET

PHILADELPHIA, PA 19126-3910

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JOSEPH J. WARRICK, JR.

    254 W. COLONIAL STREET

    PHILADELPHIA, PA 19126-3910

Counsel for debtor(s), by electronic notice only.

    RONALD G MCNEIL, ESQ
    MCNEIL LEGAL SERVICES
    1333 RACE ST
    PHILADELPHIA, PA 191071585

                                                /S/ William C. Miller

Date: 9/8/2016                                       _____

                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee