UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

| | : | |
|---|---|---|
| In re | : | Case No.  12 - 19297 |
| Joseph J. Warrick, Jr. | : | (Chapter 13) |
| Debtor. | : | |
| | : | Hon. Magdeline D. Coleman |
| | : | |

# ORDER

SSN: xxx-xx-8834

## Order Directing Employer to Make Wage Deductions for Remittance to Trustee

To Debtor's Employer:

   AND NOW, this  4th day of November, 2016, upon consideration of Debtor's Application for Wage Deduction, and any responses thereto, it is hereby ORDERED that

   The future earnings of the above-named Debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out Debtor's Chapter 13 Plan.

   IT IS ORDERED, that for a period of twelve (12) months, or until further Order of this Court, Burns Engineering, Inc. [ATTN: Payroll Dept.   2001 Market Street, Suite 600    Philadelphia, PA 19103], deduct from the earnings or income of said Debtor, the sum of $292.50 biweekly ($585.00 monthly) for his Trustee (Case No. 12-19290 MDC) payments, beginning on the next pay day following the receipt of this Order and deduct a similar amount for each pay period thereafter, including any period for which the Debtor receives periodic or lump sum payment for or on account of vacation, termination or other benefits arising out of present or past employment of the Debtor.

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

During the continuance of this Order, wages shall be exempt from garnishment or attachments issuing from any state or political subdivision, nor shall the employer honor levies on Debtor's wages from the collection of any state or federal taxes.  <u>ALL CREDIT UNION DEDUCTIONS AND 401K/401K LOAN DEDUCTIONS ARE HEREBY TERMINATED</u>.

Always put on case number         <u>Make checks payable to</u>:
    William C. Miller, Trustee
    Chapter 13 Standing Trustee
    P.O. Box 1799
    Memphis, TN 38101-1799


                                            BY THE COURT:


                                            _____
                                            Hon. Magdeline D. Coleman
                                            U.S. Bankruptcy Judge

Copies to:
Debtor: Joseph J. Warrick, Jr.
Debtor's Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Office of the Trustee
Employer: Burns Engineering, Inc.