United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph J. Warrick, Jr.  
    Debtor

Case No. 12-19297-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Nov 04, 2016  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2016.  
db         Joseph J. Warrick, Jr.,   254 W. Colonial Street,   Philadelphia, PA  19126-3910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2016 at the address(es) listed below:  
         ANDREW F GORNALL    on behalf of Creditor    FRT 2011-1 Trust agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         ANDREW F GORNALL    on behalf of Creditor    AMS Servicing, LLC agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         RONALD G. MCNEIL    on behalf of Debtor Joseph J. Warrick, Jr. r.mcneil1@verizon.net  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                TOTAL: 5

UNITED STATES BANKRUPTCY COURT
for the Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| In re | : | Case No. 12 - 19297 |
| Joseph J. Warrick, Jr. | : | (Chapter 13) |
| Debtor. | : |  |
|  | : | Hon. Magdeline D. Coleman |
|  | : |  |

## ORDER

SSN: xxx-xx-8834

### Order Directing Employer to Make Wage Deductions for Remittance to Trustee

To Debtor's Employer:

   AND NOW, this 4th day of November, 2016, upon consideration of Debtor's Application for Wage Deduction, and any responses thereto, it is hereby ORDERED that

   The future earnings of the above-named Debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out Debtor's Chapter 13 Plan.

   IT IS ORDERED, that for a period of twelve (12) months, or until further Order of this Court, Burns Engineering, Inc. [ATTN: Payroll Dept.   2001 Market Street, Suite 600    Philadelphia, PA 19103], deduct from the earnings or income of said Debtor, the sum of $292.50 biweekly ($585.00 monthly) for his Trustee (Case No. 12-19290 MDC) payments, beginning on the next pay day following the receipt of this Order and deduct a similar amount for each pay period thereafter, including any period for which the Debtor receives periodic or lump sum payment for or on account of vacation, termination or other benefits arising out of present or past employment of the Debtor.

 The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

 During the continuance of this Order, wages shall be exempt from garnishment or attachments issuing from any state or political subdivision, nor shall the employer honor levies on Debtor's wages from the collection of any state or federal taxes.  <u>ALL CREDIT UNION DEDUCTIONS AND 401K/401K LOAN DEDUCTIONS ARE HEREBY TERMINATED</u>.

<u>Always put on case number</u>  <u>Make checks payable to</u>:
 William C. Miller, Trustee
 Chapter 13 Standing Trustee
 P.O. Box 1799
 Memphis, TN 38101-1799

BY THE COURT:

*Magdeline D. Coleman*

Hon. Magdeline D. Coleman
U.S. Bankruptcy Judge

Copies to:
Debtor: Joseph J. Warrick, Jr.
Debtor's Attorney: Ronald G. McNeil, Esquire
Chapter 13 Standing Trustee: William C. Miller, Esquire
Office of the Trustee
Employer: Burns Engineering, Inc.