United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                     Case No. 12-19297-mdc
Joseph J. Warrick, Jr.                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: John              Page 1 of 2             Date Rcvd: Nov 16, 2016
                       Form ID: pdf900          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2016.
```
db              Joseph J. Warrick, Jr.,    254 W. Colonial Street,    Philadelphia, PA   19126-3910
cr             +US Bank Trust National Association, as Trustee of,    323 Fifth Street,    Eureka, CA  95501-0305
12871166        AMS Servicing, LLC,    3374 Walden Avenue,    Suite 120,    Depew, NY  14043-2437
13014393       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
12871167       +Arizona Premium Finance Co.,    12406 No. 32nd Street,    Suite 110,    Phoenix, AZ 85032-7147
12871168        Capital One Financial,    Bankruptcy Department,    P.O. Box 30285,
                 Salt Lake City, UT  84130-0285
12871169        Capital One Financial,    c/o LVNV Funding, f/k/a,,    Resurgent Capital Services,
                 P.O. Box 10587,    Greenville, SC  29603-0587
12905804        ECMC,    P.O. Box 75906,    St. Paul, MN  55175
12871171        F.C.D.B. SNPWL Trust,    190 Lawrence Bell Drive,    Suite 104,    Buffalo, NY 14221-7816
12982003       +FRT 2011-1 TRUST,    c/o AMS Servicing,    3374 Walden Avenue,    Suite 120,
                 Depew, NY  14043-2437
12915568      ++GALWAY FINANCIAL SERVICES LLC,    1290 W SPRING ST SE,    SUITE 270,    SMYRNA GA 30080-3690
               (address filed with court: Galway Financial Services,    3870 peachtree industrial blvd,
                 suite 340-316,    Duluth GA 30096)
12871172       #Gold Financial Services,    2943 Mossrock Drive,    San Antonio, TX  78230-5119
12871173        Great Lakes Educational Loan Srvcs,    ATTN: Claims Filing Unit,    P.O. Box 8973,
                 Madison, WI 53708-8973
12871176        Pennsylvania State Collection,    and Disbursement Unit,    ACS State & Local Solutions, Inc.,
                 P.O. Box 69112,    Harrisburg, PA  17106-9112
12871178       +Philadelphia Gas Works,    Bankruptcy Unit,    P.O. Box 3500,
                 800 W. Montgomery Avenue, 3rd Floor,    Philadelphia, PA 19122-2806
12871181        Raymour & Flanagan,    c/o Wells Fargo Financial Nat'l Bank,    Cental Processing   MAC F4032-011,
                 P.O. Box 7510,    Urbandale, IA  50323-7510
12871180       +Raymour & Flanagan,    7230 Morgan Road,    Liverpool, NY 13090-4505
12897984        Ronald G. McNeil, Esquire,    1333 Race Street,    Philadelphia, PA 19107-1585
13423357       +U.S. Bank Trust National Association, as Trustee,    of the Preston Ridge Partners,
                 Investments Trust,    323 Fifth Street,    Eureka, CA 95501-0305
12871182        Verizon Communications,    Bankruptcy Department,    404 Brock Drive,
                 Bloomington, IL 61701-2654
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Nov 17 2016 02:11:25     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2016 02:10:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2016 02:10:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12948192        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 17 2016 02:17:43
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
12963618       +E-mail/Text: bankruptcy@phila.gov Nov 17 2016 02:11:24
                 CITY OF PHILADELPHIA, LAW DEPARTMENT   TAX UNIT,    ONE PARKWAY BUILDING   BANKRUPTCY GROUP,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
12871170       +E-mail/Text: bk.notifications@jpmchase.com Nov 17 2016 02:09:48     Chase Automotive Finance,
                 Bankruptcy Unit,    P.O. Box 5210,    New Hyde Park, NY 11042-5210
13014259        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 17 2016 02:07:25
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12871174        E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2016 02:07:13     Monogram Credit Card Bank,
                 of Georgia/Old Navy,    7840 Roswell Road,    Suite 210, Building 100,    Atlanta, GA  30350-6878
12871177        E-mail/Text: bankruptcygroup@peco-energy.com Nov 17 2016 02:09:47     PECo Energy Co.,
                 Bankruptcy Group,    2301 Market Street   # N3-2,    Philadelphia, PA 19103-1338
12925571        E-mail/Text: blegal@phfa.org Nov 17 2016 02:10:33     PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
12871175        E-mail/Text: blegal@phfa.org Nov 17 2016 02:10:33     Pennsylvania Housing Finance Agency,
                 211 N. Front Street,    P.O. Box 8029,    Harrisburg, PA  17105-8029
12871179        E-mail/Text: bankruptcy@phila.gov Nov 17 2016 02:11:25     Philadelphia Law Department,
                 Bankruptcy Unit,    1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
12873728       +E-mail/Text: bankruptcy@cavps.com Nov 17 2016 02:10:53     Precision Recovery Analytics, Inc,
                 c/o Cavalry Advisory Services,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
                                                                                              TOTAL: 13
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-2            User: John                  Page 2 of 2                   Date Rcvd: Nov 16, 2016
                                Form ID: pdf900             Total Noticed: 33

12873729*        +Precision Recovery Analytics, Inc,   c/o Cavalry Advisory Services,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
                                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    FRT 2011-1 Trust agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    AMS Servicing, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              RONALD G. MCNEIL    on behalf of Debtor Joseph J. Warrick, Jr. r.mcneill@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH J. WARRICK, JR.                              Chapter 13

                 Debtor                    Bankruptcy No. 12-19297-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___14th___ day of ___November___, 2016 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
RONALD G MCNEIL, ESQ
MCNEIL LEGAL SERVICES
1333 RACE ST
PHILADELPHIA, PA 191071585

Debtor:
JOSEPH J. WARRICK, JR.

254 W. COLONIAL STREET

PHILADELPHIA, PA 19126-3910